# REDACTED

-----Original Message-----
From: Andy
To: Sanchez, Aymara
Cc: bg@acn2.net, eapaid@acn2.net
Sent: 4/18/05 1:06 PM
Subject: Quote T-Shirts


Dear Aymara,


I thank you for your recent visit and the opportunity given to
me to plan the manufacturing of T Shirt for Russel Corporation  Further to
our conversation, I suggest the followings:

   I am interested in a long term arrangement and relationship that will be
   beneficial to both parties.
   I am prepared to sew the T Shirt at a rate of 30000 dozens per week
   minimum, at the price of $2.05 / dozen during the first 6 months of
   production. This period will start after the trial run.  The price will
   be reduced to $1.90 for the next 6 months of production and $1.80
   thereafter.
   I will supply all necessary equipments for the project.
   In order to benefit from the economy of scale, I would like the volume
   to increase to 45000 dozens / week.  I plan to justify the worthiness of
   such increase, by on-time delivery of quality products.
   I would also like you to know that I am interested in making placket
   shirts if it can be included in our plans.

Should you have further questions concerning this plan, please do not hesitate to contact me or Elisabeth or Bob, any time at your convenience. Our numbers are as follows:

      Andy Apaid:     509-555-3330 andy@acn2.net
      Elisabeth Apaid: 509-561-3425 eapaid@acn2.net
      Bob Godefroy:  509-554-4204 bg@acn2.net

I would like you to confirm your interest in materializing this project. By so doing, this will enable me to proceed into securing buildings, equipments and other business aspects relating to this venture.

Sincerely,

Andre M. Apaid

**REDACTED**