**REDACTED**

From: SanchezAymara@russellcorp.com [mailto:SanchezAymara@russellcorp.com]
Sent: Monday, April 25, 2005 6:07 PM
To: bg@acn2.net
Cc: andy@acn2.net; eapaid@acn2.net; SanchezAymara@russellcorp.com
Subject: RE: RAMP UP SCHEDULE

Andy , Elizabeth, Bob:

The price you offer was accepted, the price structure will as follows :
> $ 0669-  Russell minutes. ( First 6 months ) = $ 2.05 - dz ( using Russell minutes for Style 29M or 363M ) both same basic T's
2> $.0620- Russell minutes. ( Next 6 months ) = 1 90 - dz ( using Russell minutes for Style 29M or 363M ) both same basic T's
3> $.0587- Russell minutes. ( Final Prize After 12 months ) $ 1.80 - dz ( using Russell minutes for Style 29M or 363M ) both same basic T's

- The build up schedule needs to start ASAP, I'm considering about 8 weeks for you to have all equipment and people in place. and I'll have the wip in place ( attached my suggested build up by week considering what you have sent by month )
- Also we need to talk about all our systems, purchasing systems, etc.
- I'm traveling to Haiti in May 8 , and need to have a meeting with your Manufacturing group and the Plant Manager.
- Information needed·

1. Plant Name
2. Address
3. Telephone numbers
4. Contact Names such : Plant Manager , QC Manager , Logistic & Planning.
5. Wrap Certificate number ( if already exist) or plan to audit the plant once start.

Best regards,

Please provide a phone number so I can talk to Elizabeth about the plan.
Thanks !!

Aymara


**REDACTED**