**REDACTED**

**Rick Medlin/HQ/FOTL**

09/06/2006 01 00 PM

To andy@acn2.net

cc lehmanenc@russellcorp com

Subject September 5, 2006 Memo

Dear Mr. Apaid,

I am in receipt of your memo. We will review your Information, however, I can say that you should expect our decision to remain consistent with what we communicated to you on 8/30/06 that we will plan to phase out of production at your facility by 12/31/06. As I have stated, we will make every reasonable effort to make the transition as smooth as possible for both companies. Unless you can provide any written confirmation of a long term committment to you, on behalf of Russell, I would ask that you begin to think about how we can help you manage the transition to phase production out. I look forward to hearing from you.

********************************************************

This communication contains information which is confidential and

may also be privileged It is for the exclusive use of the intended

recipient(s) If you are not the intended recipient(s), please note

that any distribution, copying or use of this communication or the

information in it is strictly prohibited If you have received this

communication in error, please notify the sender immediately and

then destroy any copies of it.

********************************************************

9/6/2006