# REDACTED

Rick Medlin/HQ/FOTL

10/01/2006 11:38 AM

To  Andy Apaid
cc
Subject  options

Dear Andy,

While Russell disputes any obligation for a long term commitment to Premium, we are prepared to offer your organization one of the following options to transition out of the Russell business:
1. Run at the current volume (48,000 dz/wk) at the price of $1.80 per dozen through December 31, 2006.
2. Effective November 6, 2006 reduce volume to 20,000 dz/wk through June 29, 2007. Price would remain at $1.80 per dozen.
3. Effective November 6, 2006 reduce price per dozen to $1.10 and reduce volume to 20,000 dz/wk through December 31, 2007.

Any of the options listed would require a signed agreement binding Premium to produce product to Russell's quality and deliver specifications and releasing Russell of any obligations beyond such agreement. Premium would be permitted to reduce/replace Russell production volume with other customers at any time with four weeks notification to Russell.

I will need to have your answer by October 6, 2006. Otherwise we will revert to Option 1.

*****************************************************

This communication contains information which is confidential and

may also be privileged. It is for the exclusive use of the intended

recipient(s). If you are not the intended recipient(s), please note

that any distribution, copying or use of this communication or the

information in it is strictly prohibited. If you have received this

communication in error, please notify the sender immediately and

then destroy any copies of it

*****************************************************

11/29/2006