## Champion, Chris

**From:** RMedlin@fruit com
**Sent:** Saturday, December 02, 2006 12:23 PM
**To:** Andy@acn.com
**Cc:** Champion, Chris; Lehman, Eric, Price, Rocky
**Subject:** Phase-Out

Andy,
   First let me say that I apologize for not being available to discuss plans by phone I am now prepared to give you our final offer and I feel it best to give it to you in writing so you can study the options and let me know which course you choose to take
Options:
1 Continue to run at 40,000 dz. per week but phase to zero at the end of March of '07. (Cost per dz.: $1 80)
2. Change run rate to 20,000 dz. per week and run through the end of June of '07. (Cost per dz.: $1.80)
3. Continue to at 40,000 dz. per week through the end of June of '07 but change the cost per dz to $1.10 immediately

Please let me know which option you wish to go forward with, otherwise we will continue with our plan to phase out production ay 12/31/06.

*********************************************************

This communication contains information which is confidential and

may also be privileged It is for the exclusive use of the intended

recipient(s) If you are not the intended recipient(s), please note

that any distribution, copying or use of this communication or the

information in it is strictly prohibited. If you have received this

communication in error, please notify the sender immediately and

then destroy any copies of it.

*********************************************************

12/3/2006