# REDACTED

**Rick Medlin/HQ/FOTL**

12/13/2006 02 20 PM

To Andy Apaid
cc
Subject options

Andy

Since you have not responded to my email of 12/2/06 in which I offered you three options for phase out of production, I am alerting our planning department to execute the 12/31/06 phase out. If want to follow any of the three options you need to respond, by email, to me by 12/18/06.

****************************************************************

This communication contains information which is confidential and

may also be privileged It is for the exclusive use of the intended

recipient(s) If you are not the intended recipient(s), please note

that any distribution, copying or use of this communication or the

information in it is strictly prohibited If you have received this

communication in error, please notify the sender immediately and

then destroy any copies of it.

****************************************************************

12/13/2006