

Andy Apaid
<andy@alpha-inter.net>
Sent by: Marie Therese Angus
<mtherese@alpha-inter.net>

11/20/2006 09.16 AM

To  RMedlin@fruit.com, "Rick Medlin
    (fruitrdm@mycingular.blackberry.net)"
    <fruitrdm@mycingular.blackberry.net>
cc  Clifford Apaid <clifford@agacorp.com>
bcc
Subject  Reminder

Dear Mr. Medlin,

Following our conversation of Sunday morning, I would like to remind the points bellow to help your analysis of this morning in your office:

1. I will be meeting with my bank this afternoon on the situation of Premium apparel and Fruit of the Loom/ Russell.

2. If you confirm what we tentatively agreed on yesterday, I will indicate to my bank that Fruit of the Loom / Russell is not closing the plant but is continuing to work with us. This will help remove the pressure of a balloon payment on my loan balance

3. May I ask that by noon today you send me a letter that indicates that providing I am prepared to sign an agreement and release of any further obligation of Fruit of the Loom / Russell after July 31, that you will be prepared to continue working with Premium at a minimum level of 40,000dz/wk at the current price level from January 2007 to July 31, 2007. In that letter you may indicate that such an intent is conditional upon my signing a release for Fruit of the Loom / Russell.

4  I will travel to meet with you during the week of November 27, at which time we can sign a joint agreement. Please keep in mind as you prepare it, that I may have to present this document to the bank upon my return.

5. It will be important that the material flow be uninterrupted during the course of that sensitive period. The recent events, rapidly corrected by Fruit / Russell, have prevented a disaster; this is why we are attracting your attention to the need for the uninterrupted flow of material until July 31

6. Mr. Medlin, in our first meeting of August 30th you indicated to my son and I, that for the time being you could not pursue long term relationships in Haiti, but that Fruit of the Loom / Russell was not closed to the idea of coming back to Haiti for the medium to long term  I am hopeful, as we conclude this phase of our relationship in good faith, with a respectable and compromising approach, that despite our conviction that we did have a long term agreement with Russell, we establish an appropriate environment that may guide your decision to consider Haiti and our services for the medium and long term.

Sincerely,
Andre M. Apaid

**REDACTED**