**REDACTED**

**Rick Medlin/HQ/FOTL**
Sent by. Carol Holcomb

01/11/2007 03 30 PM

To Andy Apaid <andy@alpha-inter net>
cc
Subject Premium

Andy,

Attached for your review is a proposal that sets out the terms under which we will agree to extend Russell's production with Premium for the remainder of 2007. We are prepared to move quickly to finalize an agreement under these terms, so please let me know if this is acceptable at your earliest convenience.

****************************************************************

This communication contains information which is confidential and

may also be privileged It is for the exclusive use of the intended

recipient(s). If you are not the intended recipient(s), please note

that any distribution, copying or use of this communication or the

information in it is strictly prohibited If you have received this

communication in error, please notify the sender immediately and

then destroy any copies of it

****************************************************************

*Non-Binding Proposal*
*For Discussion Purposes Only*

## 2007 RUSSELL CORPORATION
## AND
## PREMIUM APPAREL
## PRODUCTION TERM SHEET

|   |   |   |
|---|---|---|
|   | **Volume:** | 48,000 dozen per week through 2007 as per attached schedules and 2 |
| 2. | **Pricing:** | - current pricing $0.069 per SAM through March 3<br>- $0.06 per SAM for March 31 through June 30<br>- $0.05 per SAM for June 30 through December 31 |
| 3. | **Quality:** | - No container can be shipped until inspected and approved by a Russell or Fruit representative<br>- Inspections will follow ANSI standards as per the attached schedule 3<br>- When a shipment fails Russell/Fruit inspection, Premium will 100% reinspect<br>- No shipment will be made until approved and released by Russell/Fruit in writing<br>- Premium will notify Russell one week in advance of all planned shipments to allow for inspection and avoid delays |
| 4. | **Delivery:** | If Premium fails to ship at least 95% of plan for any 2 months, Russell shall be entitled to terminate the agreement upon failure to ship at least 95% in a third month. Failure to ship as a result of cut parts defects will not count toward these delivery requirements. |
| 5. | **Audits:** | Russell will audit shipments upon receipt and any shortages will be deducted from payment to Premium. If the monthly total of shortages exceeds the allowed 5%, this will count toward the 3 months referenced in #4 above. |
| 6. | **Documentation:** | This is a non-binding proposal subject to negotiation and execution of a definitive Garment Assembly Services Agreement between Russell and Premium that includes the terms set forth above ("Service Agreement"). Contemporaneous with execution of the Service Agreement, Russell and Premium will execute a separate Settlement and Release Agreement whereby Premium will release Russell and its affiliates from any and all claims relating to matters arising before the date of execution of the Service Agreement. |

# Sew Plan by Location 1st Half 2007

**LOCATION:** PREMIUM APP

| WE | DESC | GRP | CUT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KA2 | 363M | TEE | #10 | | | | | | | | | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | |
| KA2 | 29M | TEE | #10 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | | |
| | TEE Total | | | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | | |
| | Total DPW | | | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | | |
| | Total Minutes (000) | | | 1,457 | 1,457 | 1,457 | 1,457 | 1,457 | 1,457 | 1,457 | 1,456 | 1,456 | 1,456 | 1,456 | 1,456 | | 1,456 | 1,456 | 1,456 | 1,456 | 1,456 | 1,456 | 1,456 | 1,456 | 1,456 | 1,456 | 1,456 | 1,456 | | |
| | Grand Total | | | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | | |

Tuesday, January 02, 2007   03.47:27

Page 1 of 1

# Sew Plan by Location 2nd Half 2007

**LOCATION:** PREMIUM APP

| WC | DESC | GRP | CUT | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KA2 | 363M | TEE | #10 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | | |
| KA2 | 29M | TEE | #10 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | | |
| | TEE Total | | | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | | |
| | Total DPW | | | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | | |
| | Total Minutes (000) | | | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | | |
| **Grand Total** | | | | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | | |

Tuesday, January 02, 2007   03:49:21

## Quality Audits Military Standards
### TABLE 1A

Updated 01-22-02

| VISUAL AUDIT - FABRIC/SEWING Single Sampling Plan Normal Inspection Level II 2.5 AQL | | | | | |
|---|---|---|---|---|---|
| Lot or Batch Size | | | Sample Size | Accept | Reject |
| 2 | to | 8 | 5 | 0 | 1 |
| 9 | to | 15 | 5 | 0 | 1 |
| 16 | to | 25 | 5 | 0 | 1 |
| 26 | to | 50 | 5 | 0 | 1 |
| 51 | to | 90 | 20 | 1 | 2 |
| 91 | to | 150 | 20 | 1 | 2 |
| 151 | to | 280 | 32 | 2 | 3 |
| 281 | to | 500 | 50 | 3 | 4 |
| 501 | to | 1200 | 80 | 5 | 6 |
| 1201 | to | 3200 | 125 | 7 | 8 |
| 3201 | to | 10000 | 200 | 10 | 11 |
| 10001 | to | 35000 | 315 | 14 | 15 |
| 35001 | to | 150000 | 500 | 21 | 22 |
| 150001 | to | 500000 | 500 | 21 | 22 |
| 500001 | and | over | 500 | 21 | 22 |

| DIMENSIONAL/SIZING AUDIT Single Sampling Plan Normal Inspection Level S3 4.0 AQL | | | | | |
|---|---|---|---|---|---|
| Lot or Batch Size | | | Sample Size | Accept | Reject |
| 2 | to | 8 | 3 | 0 | 1 |
| 9 | to | 15 | 3 | 0 | 1 |
| 16 | to | 25 | 3 | 0 | 1 |
| 26 | to | 50 | 3 | 0 | 1 |
| 51 | to | 90 | 3 | 0 | 1 |
| 91 | to | 150 | 3 | 0 | 1 |
| 151 | to | 280 | 13 | 1 | 2 |
| 281 | to | 500 | 13 | 1 | 2 |
| 501 | to | 1200 | 13 | 1 | 2 |
| 1201 | to | 3200 | 13 | 1 | 2 |
| 3201 | to | 10000 | 20 | 2 | 3 |
| 10001 | to | 35000 | 20 | 2 | 3 |
| 35001 | to | 150000 | 32 | 3 | 4 |
| 150001 | to | 500000 | 32 | 3 | 4 |
| 500001 | and | over | 50 | 5 | 6 |

| PACKAGING/PACKING AUDIT Single Sampling Plan Normal Inspection Level II 2.5 AQL | | | | | |
|---|---|---|---|---|---|
| Lot or Batch Size | | | Sample Size | Accept | Reject |
| 2 | to | 8 | 5 | 0 | 1 |
| 9 | to | 15 | 5 | 0 | 1 |
| 16 | to | 25 | 5 | 0 | 1 |
| 26 | to | 50 | 5 | 0 | 1 |
| 51 | to | 90 | 20 | 1 | 2 |
| 91 | to | 150 | 20 | 1 | 2 |
| 151 | to | 280 | 32 | 2 | 3 |
| 281 | to | 500 | 50 | 3 | 4 |
| 501 | to | 1200 | 80 | 5 | 6 |
| 1201 | to | 3200 | 125 | 7 | 8 |
| 3201 | to | 10000 | 200 | 10 | 11 |
| 10001 | to | 35000 | 315 | 14 | 15 |
| 35001 | to | 150000 | 500 | 21 | 22 |
| 150001 | to | 500000 | 500 | 21 | 22 |
| 500001 | and | over | 500 | 21 | 22 |

Prepared by: Karen I Gray
01-17-02

Confidential