**REDACTED**

Rick Medlin/HQ/FOTL
Sent by Carol Holcomb

02/07/2007 08 41 AM

To Andy Apaid <andy@alpha-inter net>
cc
Subject Premium

**Andy,**

Russell is not willing to agree to the proposal in your January 23, 2007 e-mail. It has now been over five months since we provided notice of our intention to shift production out of your facility. Throughout that period, we have repeatedly advised you that we cannot afford to incur the substantial costs that you continue to propose. We extended our current production arrangement through January 31, 2007 in order to permit you to further consider lowering your prices and have continued to supply you with cut parts beyond that time in good faith. But we do not believe that Russell has any further obligation to Premium.

2/15/2007

**However, in an effort to resolve any outstanding issues and as an additional sign of our good faith, we will provide you with one final opportunity to accept the terms set forth on the proposal attached to my January 11, 2007 e-mail, a copy of which is attached for your convenience.**

**Please advise me, by email, on or before the close of business on Wednesday, February 14, 2007, whether Premium accepts our final offer. If Premium does not accept our final offer or fails to respond by this deadline, Russell will cease all further shipments to Premium without further notice. We reserve all other rights available to us.**

****************************************************************

This communication contains information which is confidential and

may also be privileged It is for the exclusive use of the intended

recipient(s) If you are not the intended recipient(s), please note

that any distribution, copying or use of this communication or the

information in it is strictly prohibited If you have received this

communication in error, please notify the sender immediately and

then destroy any copies of it

****************************************************************

All electronic messages are intended exclusively for the individual
or entity to which it is addressed. These communications may
contain information that is proprietary privileged or confidential
or otherwise legally exempt from disclosure. If you are not the
intended recipient of these e-mails you are not authorized to read
print retain copy or disseminate these messages in whole or in part
or any attachments included. If you have received these messages
in error please notify the sender immediately by e-mail and delete
these messages any attachments and all copies from your system
without reading the content

2/15/2007

*Non-Binding Proposal*
*For Discussion Purposes Only*

## 2007 RUSSELL CORPORATION
## AND
## PREMIUM APPAREL
## PRODUCTION TERM SHEET

|  | | |
|---|---|---|
| | Volume: | 48,000 dozen per week through 2007 as per attached schedules and 2 |
| 2. | Pricing: | - current pricing $0.069 per SAM through March 3<br>- $0.06 per SAM for March 31 through June 30<br>- $0.05 per SAM for June 30 through December 31 |
| 3. | Quality | - No container can be shipped until inspected and approved by a Russell or Fruit representative<br>- Inspections will follow ANSI standards as per the attached schedule 3<br>- When a shipment fails Russell/Fruit inspection, Premium will 100% reinspect<br>- No shipment will be made until approved and released by Russell/Fruit in writing<br>- Premium will notify Russell one week in advance of all planned shipments to allow for inspection and avoid delays |
| 4. | Delivery: | If Premium fails to ship at least 95% of plan for any 2 months, Russell shall be entitled to terminate the agreement upon failure to ship at least 95% in a third month. Failure to ship as a result of cut parts defects will not count toward these delivery requirements. |
| 5. | Audits: | Russell will audit shipments upon receipt and any shortages will be deducted from payment to Premium. If the monthly total of shortages exceeds the allowed 5%, this will count toward the 3 months referenced in #4 above. |
| 6. | Documentation: | This is a non-binding proposal subject to negotiation and execution of a definitive Garment Assembly Services Agreement between Russell and Premium that includes the terms set forth above ("Service Agreement"). Contemporaneous with execution of the Service Agreement, Russell and Premium will execute a separate Settlement and Release Agreement whereby Premium will release Russell and its affiliates from any and all claims relating to matters arising before the date of execution of the Service Agreement. |

# Sew Plan by Location 1st Half 2007

**LOCATION:** PREMIUM APP

| WC | DESC | GRP | CUT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KA2 | 363M | TEE | #10 | | | | | | | | | | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 |
| KA2 | 29M | TEE | #10 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 |
| | TEE Total | | | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 |
| | Total DPW | | | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 |
| | Total Minutes (000) | | | 1,487 | 1,487 | 1,487 | 1,487 | 1,487 | 1,487 | 1,487 | 1,486 | 1,486 | 1,486 | 1,486 | 1,486 | 1,486 | 1,486 | 1,486 | 1,486 | 1,486 | 1,486 | 1,486 | 1,486 | 1,486 | 1,486 | 1,486 | 1,486 | 1,486 | 1,486 |
| | Grand Total | | | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 |

# Sew Plan by Location 2nd Half 2007

**LOCATION:** PREMIUM APP

| WC | DESC | GRP | CUT | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KA2 | 363M | TEE | #10 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | | |
| KA2 | 29M | TEE | #10 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | | |
| | TEE Total | | | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | | |
| | Total DPW | | | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | | |
| | Total Minutes (000) | | | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | 1,488 | | |
| | **Grand Total** | | | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | 48,000 | | |

## Quality Audits Military Standards
### TABLE 1A

Updated 01-22-02

| VISUAL AUDIT - FABRIC/SEWING Single Sampling Plan Normal Inspection Level II 2.5 AQL | | | | | |
|---|---|---|---|---|---|
| Lot or Batch Size | | | Sample Size | Accept | Reject |
| 2 | to | 8 | 5 | 0 | 1 |
| 9 | to | 15 | 5 | 0 | 1 |
| 16 | to | 25 | 5 | 0 | 1 |
| 26 | to | 50 | 5 | 0 | 1 |
| 51 | to | 90 | 20 | 1 | 2 |
| 91 | to | 150 | 20 | 1 | 2 |
| 151 | to | 280 | 32 | 2 | 3 |
| 281 | to | 500 | 50 | 3 | 4 |
| 501 | to | 1200 | 80 | 5 | 6 |
| 1201 | to | 3200 | 125 | 7 | 8 |
| 3201 | to | 10000 | 200 | 10 | 11 |
| 10001 | to | 35000 | 315 | 14 | 15 |
| 35001 | to | 150000 | 500 | 21 | 22 |
| 150001 | to | 500000 | 500 | 21 | 22 |
| 500001 | and | over | 500 | 21 | 22 |

| DIMENSIONAL/SIZING AUDIT Single Sampling Plan Normal Inspection Level S3 4.0 AQL | | | | | |
|---|---|---|---|---|---|
| Lot or Batch Size | | | Sample Size | Accept | Reject |
| 2 | to | 8 | 3 | 0 | 1 |
| 9 | to | 15 | 3 | 0 | 1 |
| 16 | to | 25 | 3 | 0 | 1 |
| 26 | to | 50 | 3 | 0 | 1 |
| 51 | to | 90 | 3 | 0 | 1 |
| 91 | to | 150 | 3 | 0 | 1 |
| 151 | to | 280 | 13 | 1 | 2 |
| 281 | to | 500 | 13 | 1 | 2 |
| 501 | to | 1200 | 13 | 1 | 2 |
| 1201 | to | 3200 | 13 | 1 | 2 |
| 3201 | to | 10000 | 20 | 2 | 3 |
| 10001 | to | 35000 | 20 | 2 | 3 |
| 35001 | to | 150000 | 32 | 3 | 4 |
| 150001 | to | 500000 | 32 | 3 | 4 |
| 500001 | and | over | 50 | 5 | 6 |

| PACKAGING/PACKING AUDIT Single Sampling Plan Normal Inspection Level II 2.5 AQL | | | | | |
|---|---|---|---|---|---|
| Lot or Batch Size | | | Sample Size | Accept | Reject |
| 2 | to | 8 | 5 | 0 | 1 |
| 9 | to | 15 | 5 | 0 | 1 |
| 16 | to | 25 | 5 | 0 | 1 |
| 26 | to | 50 | 5 | 0 | 1 |
| 51 | to | 90 | 20 | 1 | 2 |
| 91 | to | 150 | 20 | 1 | 2 |
| 151 | to | 280 | 32 | 2 | 3 |
| 281 | to | 500 | 50 | 3 | 4 |
| 501 | to | 1200 | 80 | 5 | 6 |
| 1201 | to | 3200 | 125 | 7 | 8 |
| 3201 | to | 10000 | 200 | 10 | 11 |
| 10001 | to | 35000 | 315 | 14 | 15 |
| 35001 | to | 150000 | 500 | 21 | 22 |
| 150001 | to | 500000 | 500 | 21 | 22 |
| 500001 | and | over | 500 | 21 | 22 |

Prepared by Karen I Gray
01-17-02

Confidential