**REDACTED**

"Andy Apaid" <andy@alpha-inter net>
Sent by "Marie Therese \(ACN\)" <mtherese@acn2 net>

02/08/2007 05:00 PM
To
    <RMedlin@fruit com>
cc

Subject
    RE. Premium

Dear Mr. Medlin,

Mr Apaid is out of the office He has received both the note from C Holcomb yesterday and your note today.

He is in consultation and will get back to you

Regards,

Marie-Therese Angus
Executive Assistant
Andre M. Apaid

2/15/2007

>

**REDACTED**

2/15/2007

**REDACTED**

2/15/2007