**REDACTED**

----- Original Message -----
From. Clifford Apaid <clifford@agacorp com>
To· Medlin, Rick
Cc· andy@acn com <andy@acn com>, gapaid33166@yahoo com <gapaid33166@yahoo com>; Champion, Chris, HFreeden@mwn com <HFreeden@mwn com>, ldejoie@mwn com <ldejoie@mwn.com>
Sent: Tue Feb 13 18.43·14 2007
Subject. Confirmation of Points

Dear Rick,


My father has asked me to send you this e-mail which he has dictated to me by phone since he is away from his computer


Dear Rick,


Per your request, I am hereby listing the point that I have proposed during our telephone conversation of this afternoon.


1    A price level of 6 9 cents per minute, you have proposed till March 31  We propose that it stops, May 31

2    The 2nd price level that you proposed until June 30, we propose that it stops, August 31st

3    The 3rd price level that you proposed, which really comes up to $ 1 55 per dozen, we ask that it not go below $1 60, since this is the level at which all things remaining stable, we can meet our minimum bank payment obligations

4    That the compromise minimum price of $1 60 be kept from September 1st to February 29, 2008.

5    That no shut down period be programmed during the course of the year for weeks 14, 26, 40 and 51


This proposal, close to your last one, is only sliding the price break levels by 2 months and asking that we not close in

2/15/2007

December which is a very bad month in Haiti to close plants   With the acceptance of this proposal we are willing to sign a release or contract that will close in February of 2008 but it will be up to you to continue beyond that date.

Needless to tell you, that we will remain with substantial obligations if the above compromise is reached, but it will be manageable.

We are prepared to have our counsel meet your counsel and draft the final agreement based on the above proposal and clarifying the other secondary, but important, points listed in your proposal on operation matters.

I will await your phone call

Sincerely,

Andre M  Apaid

---

**All electronic messages are intended exclusively for the individual or entity to which it is addressed. These communications may contain information that is proprietary privileged or confidential or otherwise legally exempt from disclosure. If you are not the intended recipient of these e-mails you are not authorized to read print retain copy or disseminate these messages in whole or in part or any attachments included. If you have received these messages in error please notify the sender immediately by e-mail and delete these messages any attachments and all copies from your system without reading the content**

2/15/2007