# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

| | | |
|---|---|---|
| RUSSELL CORPORATION | ) | **SUMMONS IN A CIVIL CASE** |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| | ) | FILE NO.:_____ |
| v. | ) | |
| | ) | **1:07-CV-0423** |
| PREMIUM APPAREL S.A. | ) | |
| and | ) | |
| ANDRE M. APAID, JR. | ) | |
| Defendants. | ) | |

TO:    Andre M. Apaid, Jr.
       7209 NW 41st Street
       Miami, Florida 33166

   **YOU ARE HEREBY SUMMONED** and required to serve upon counsel for Plaintiff, whose name(s) and address are:

       L. Joseph Loveland
       Robert C. Khayat, Jr.
       KING & SPALDING LLP
       1180 Peachtree Street, N.E.
       Atlanta, Georgia 30309-3521

an answer to the Complaint that is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

   This ___ day of March, 2007.

JAMES N. HATTEN                        2 0 FEB 2007
CLERK                                  DATE

(BY) DEPUTY CLERK

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

RUSSELL CORPORATION )
)
    Plaintiff, )
)
)
v. )
)
PREMIUM APPAREL S.A. )
)
    and )
)
ANDRE M. APAID, JR. )
)
    Defendants. )
)

**SUMMONS IN A CIVIL CASE**

CIVIL ACTION
FILE NO.:_____

## 1: 07 - CV - 0423

TO:   Premium Apparel S.A.
       Rue Frere Simon
       Port-au-Prince, Haiti

      **YOU ARE HEREBY SUMMONED** and required to serve upon counsel for Plaintiff, whose name(s) and address are:

            L. Joseph Loveland
            Robert C. Khayat, Jr.
            KING & SPALDING LLP
            1180 Peachtree Street, N.E.
            Atlanta, Georgia 30309-3521

an answer to the Complaint that is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

      This ___ day of March, 2007.

___JAMES N. HATTEN___
CLERK

_[signature]_
(BY) DEPUTY CLERK

**2 0 FEB 2007**
DATE